UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| Kenneth Ames, | ) | Case No. 11-40020-MSH |
| | ) | |
| Debtor | ) | |
| | ) | |

**MOTION FOR EXPEDITED DETERMINATION CONCERNING
DOCUMENT [13] Motion of Williamsburg Condominium No. 1 Trust for Relief from Stay
Re: 178 Wellman Avenue, Unit 262, Chelmsford, MA**

Now comes Williamsburg Condominium No. 1 Trust ("Trust") and hereby moves this Honorable Court for an expedited determination/hearing on the Trust's Motion for Relief from Stay, Document [13], which was filed with this Honorable Court on January 10, 2011, for good cause shown which is as follows:

1) The Trust filed for Relief from Stay on January 10, 2011 as to the property located at 178 Wellman Avenue, Unit 262, Chelmsford, Massachusetts (the "Chelmsford Property") which is part of the Williamsburg Condominium No. 1 Trust.

2) The Debtor filed a limited objection to the Motion for Relief on January 11, 2011. The Court scheduled a hearing for January 27, 2011.

3) On January 15, 2011 the Debtor filed a Motion to Continue the Hearing. On January 21, 2011, the Court rescheduled the hearing for February 10, 2011.

4) On February 1, 2011, the Debtor filed an Emergency Motion to Continue the hearing on the Trust's Motion for Relief. The Court has rescheduled the hearing for March 3, 2011.

5) The Trust's interests in the Chelmsford Property need to be protected through a series of statutory steps and the filing of a state court action which the Trust is unable to do while

the automatic stay remains in place. While there is no doubt the Attorney Baker has family obligations he must attend to, another attorney has filed an appearance on behalf of the Debtor, Attorney Osborn Nzepuome. If Attorney Baker is unavailable, then the Trust respectfully suggests that co-counsel, Attorney Nzepuome, should be able to attend the hearing and represent the Debtor in this matter.

Wherefore the Trust respectfully moves this Honorable Court to issue and Order Granting the Trust's Motion for Relief, or in the alternative, to schedule a hearing to be held on or before February 18, 2011 to allow the Parties to be heard concerning the Trust's Motion for Relief, or such other relief as the Court deems just.

Respectfully submitted this 3rd day of February, 2011.

WILLIAMSBURG CONDOMINIUM
NO. 1 TRUST,

By its attorneys,
MARCUS, ERRICO, EMMER
& BROOKS, P.C.


/s/ Erik Shaughnessy
Erik Shaughnessy, Esquire
BBO# 667790
45 Braintree Hill Office Park, Suite 107
Braintree, Massachusetts 02184
(781) 843-5000
Email: eshaughnessy@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Kenneth Ames, ) | Case No. 11-40020-MSH |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I, Erik Shaughnessy, hereby certify on this 3rd day of February, 2011, a true and correct copy of the foregoing MOTION FOR EXPEDITED DETERMINATION CONCERNING DOCUMENT [13] Motion of Williamsburg Condominium No. 1 Trust for Relief from Stay Re: 178 Wellman Avenue, Unit 262, Chelmsford, MA, was served by causing same to be electronically filed with the Court, and by causing a copy of the Motion to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

/s/ Erik Shaughnessy
Erik Shaughnessy, Esquire
BBO# 667790
MARCUS, ERRICO, EMMER
& BROOKS, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, Massachusetts 02184
(781) 843-5000
Email: eshaughnessy@meeb.com

**SERVICE LIST**

Kenneth Ames
7 Garden Lane
Bedford, NH 03110
(Debtor)

Osborn Nzepuome, Esq.
22 High Street, Suite 10
Medford, MA 02155
(Debtor's Counsel)

David Baker, Esq.
236 Huntington Avenue, Suite 306
Boston, MA 02115
(Debtor's Counsel)

Janice G. Marsh
The Marsh Law Firm, PC
446 Main Street, 19th Floor
Worcester, MA 01608
(Chapter 7 Trustee)

Richard King
Office of US Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
(US Trustee)

Mortgage Electronic Registration Systems, Inc.
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Bank of America Home Loan Service
450 American Street
Simi Valley, CA 93065

First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197

Town of Chelmsford
Tax Collector's Office
50 Billerica Road
Chelmsford, MA 01824