UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | Chapter 13 |
| Kenneth Ames | Case No. 11-40020 |
| Debtor | |

## DEBTOR'S OBJECTION TO MOTION TO EXTEND TIME

NOW COMES Kenneth Ames, debtor, and objects to the motion of Bank of America to extend the time for it to file a Proof of Claim, and for reasons states that the deadline for filing Proofs of Claim in a chapter 13 case cannot be extended except in circumstances not present here. *See generally* In re Aboody, 223 BR 365 (1st Cir. BAP, 1998). The claimant is treated in Ames' plan, which was confirmed on October 17, by providing for surrender of the property. Thus a Proof of Claim would appear to be unnecessary, in any event.

WHEREFORE Ames requests that the motion be denied.

October 17, 2011

Respectfully submitted,
Kenneth Ames, debtor
By his attorney,

/s/          *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Room 306
Boston, MA  02115
617-367-4260
BBO# 634889

## Certificate of Service

The undersigned states upon information and belief that on the date set forth above, the within reply was served upon the entities named below by the court's CM/ECF system.

/s/          *David G. Baker*
David G. Baker, Esq.

1. Amy N Azza on behalf of Creditor BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP - bankruptcy@orlansmoran.com;anhsom@gmail.com;anhsom@earthlink.net
2. Richard King  - USTPRegion01.WO.ECF@USDOJ.GOV
3. Janice G. Marsh on behalf of Trustee Janice Marsh  - janicemarsh1@gmail.com
4. Osborn N Nzepuome on behalf of Debtor Kenneth Ames  - onzepuomelaw@hotmail.com
5. Denise M. Pappalardo - denisepappalardo@ch13worc.com, paper@mab.uscourts.gov -
6. Erik Shaughnessy on behalf of Creditor Williamsburg Condominium No. 1 Trust - eshaughnessy@meeb.com